**James R. THOMPSON, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–Appellant.**

**No. 2009–5131.**

United States Court of Appeals, Federal Circuit.

Dec. 18, 2009.

Thomas R. Helfand, Winstead Sechrest & Minick P.C., Dallas, TX, for Plaintiff–Appellee.

Michael J. Roney, Department of Justice, Washington, DC, for Defendant–Appellant.

ON MOTION

*ORDER*

The parties move jointly to dismiss this appeal.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* The parties request that this dismissal be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.